USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/09/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEIL ZLOZOWER,

                           Plaintiff,

       -against-

WARNER-ELEKTRA-ATLANTIC CORPORATION,

                        Defendants.
------------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**24-CV-7416 (JAV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for **December 17, 2025** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: December 9, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge